IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LISA YOUNG
On behalf of
A.C.Y.S.,

    Plaintiff,

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2447-TWT

ORDER

This is an action seeking review of the Commissioner's decision denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending reversing and remanding for further proceedings by the ALJ. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is REVERSED and the action is REMANDED to the ALJ for further proceedings as directed in the Report and Recommendation.

SO ORDERED, this 2 day of January, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge